originaL

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non—Prisoner)

# UNITED STATES DISTRICT COURT
## for the

### MIDDLE District of FLORIDA

### Division

|  |  |
|---|---|
| **ARNOLD H. THOMAS** | Case No. 3:20-cv-503-J-32J15J |
| Plaintiff(s) | (to be filled in by the Clerk's Office) |
| (Write the full name of each plaintiff who is filing this complaint. | |
| If the names of all the plaintiffs cannot fit in the space above: p | Jury Trial: [X]YES   [ ] NO |

**STATE OF FLORIDA, ET AL.**
JUDGE: JAMES H. DANIELS
JUDGE: STEVEN M. FAHLGREN
IN AND FOR THE FOURTH JUDICIAL CIRCUIT
COURT FOR NASSSAU COUNTY FLORIDA

Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

2020 MAY 19 PM 1:06
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

FILED

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## PURSUANT TO TITLE 42 U.S.C. 1983

| NOTICE |
|---|
| Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.<br><br>In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | ARNOLD H. THOMAS |
| Address | 802 DIANE DR. |
| | FERNANDINA, · FL 32034 |
| | *City*    *State*    *Zip Code* |
| County | NASSAU |
| Telephone Number | 904-261-6869 |
| E-Mail Address | Office55zx@gmail.com |

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | STATE OF FLORIDA / ASHLEY MOODY |
| Job or Title *(if known)* | ATTORNEY GENERAL |
| Address | PL_01 THE CAPITAL |
| | TALLAHASSEE, FL 32399-1050 |
| | *City*    *State*    *Zip Code* |
| County | LEON |
| Telephone Number | 850-414-3300 |
| E-Mail Address *(if known)* | |

☐ Individual capacity      ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | JUDGE: JAMES H. DANIELS |
| Job or Title *(if known)* | JUDGE |
| Address | 76347 VETERANS WAY  3rd Floor |
| | YULEE    FL    32097 |
| | *City*    *State*    *Zip Code* |
| County | NASSAU |
| Telephone Number | 904-548-4600 |
| E-Mail Address *(if known)* | JPRATHER@NASSAUCLERK.COM |

☐ Individual capacity      ☒ Official capacity

Defendant No. 3

    Name                            STEVEN M. FAHLGREN

    Job or Title *(if known)*    JUDGE

    Address                       76347 VETERANS WAY    3RD FLOOR

                                 YULEE             FL      32097

                                 *City*             *State*       *Zip Code*

    County                       NASSAU

    Telephone Number       904-548-4940

    E-Mail Address *(if known)*  ASTRICKLAND@NASSAUCLERK.COM

    [ ] Individual capacity    [X] Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

                                   *City*             *State*       *Zip Code*

    County

    Telephone Number

    E-Mail Address *(if known)*

    [ ] Individual capacity    [ ] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        [ ] Federal officials (a *Bivens* claim)

        [X] State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

        14th Amendment Procedural and Substantive due-process violation, failure to obtain Personal Jurisdiction over a NON-RESIDENT, And 1stAmendment right to exercise religious faith with minor son.

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. The State of Florida, represented by Judge: James H. Daniels and Steven M. Fahlgren in their official capacity under color of law, knowingly and intentionally violated plaintiffs 14th and 1st Amendment rights. ( See Attached Affidavit )

EXHIBIT 1

## III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

NASSAU COUNTY FLORIDA, UNDER COLOR OF LAW, AGAINST A NON-RESIDENT WITHIN THE STATE OF MISSISSIPPI, WITH NO CONTACTS or CONTRACTS WITH THE STATE OF FLORIDA.  See: Affidavit

B.  What date and approximate time did the events giving rise to your claim(s) occur?

YEAR 2016, 2019, 2020.

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

14th amendment violation with loss to property and minor child without due-process to be heard or personal jurisdiction over plaintiff to proceed, by JUDGE: STEVEN M. FAHLGREN AND JUDGE: JAMES H. DANIELS.  Prima Facie Evidence, is thier own ADMISSION OF FACT IN THIER FINAL JUDGEMENT, STATING THEY DID NOT HAVE PERSONAL JURISDICTION OVER PLAINTIFF, A NON-RESIDENT.

EXHIBIT B

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. Plaintiff is attending counseling at " Starting Point Behavioral Facility, Located at 463142 SR-200, Yulee Fl 32097, Due to severe emotional and psychological trauma inflicted by defendants, these sessions are voluntary and ongoing individual therapy sessions to help plaintiff cope and deal with the violations of his rights resulting in injury with ongoing abuse against plaintiff and minor son, causing extreme pain and suffering.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims. Plaintiff request immediate Injunctive Relief, prohibiting the State of Florida from compelling plaintiff to perform under any contractual obligation in their Final Divorce Judgement, In which the State of Florida as Prima Facie Evidence " STATES" It did not have personal jurisdiction over plaintiff a Non-Resident within the State of Mississippi, violating plaintiffs procedural and substantive due-process rights, Plaintiff seeks damages in the amount of $5,000.000.00 Five Million dollars with Punitive damages in the amount of $ 5,000.000.00 Five Million Dollars.

Plaintiff is also open for private arbitration with defendants for an equitable remedy that would benefit all parties involved.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     5/19/2020

Signature of Plaintiff     by : _Arnold H. Thomas_

Printed Name of Plaintiff     ARNOLD H. THOMAS

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

I, Arnold H. Thomas, state and affirm under the penalty of perjury pursuant to Title 28 U.S.C 1746, that the information stated herein is True and Correct to the best of my knowledge and informed belief. Executed this _19th_ Day of _MAY_ 2020

By: _Arnold H. Thomas_

Thomas H Arnold, authorized agent