**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ARNOLD H. THOMAS,

    Plaintiff,

v.   Case No. 3:20-cv-503-J-32JBT

STATE OF FLORIDA, JAMES H. DANIELS, Judge in and for the Fourth Judicial Circuit, Nassau County, and STEVEN M. FAHLGREN, Judge in and for the Fourth Judicial Circuit, Nassau County,

    Defendants.

**O R D E R**

This case is before the Court on pro se Plaintiff Arnold H. Thomas's Motion to Proceed In Forma Pauperis (Doc. 2). On August 6, 2020, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 6), recommending that the motion be denied and that the case be dismissed for lack of subject matter jurisdiction.

No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P.

72(b); M.D. Fla. R. 6.02(a). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 6), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 6) is **ADOPTED** as the opinion of the Court.

2. Plaintiff Arnold H. Thomas's Motion to Proceed In Forma Pauperis (Doc. 2) is **DENIED as moot**.

3. The Amended Complaint (Doc. 5) is **DISMISSED with prejudice** for lack of subject matter jurisdiction.

4. The Clerk shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 28th day of August, 2020.

TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Honorable Joel B. Toomey
United States Magistrate Judge

Arnold H. Thomas
802 Diane Dr.
Fernandina Beach, FL 32034

2